picious of the eventual insolvency of his debtor. When the statute requires belief that a preference will result, it means more than this; for the taking of security only shows that the creditor has cause to believe that a preference might result. The two are very different. It may be the difference is only one of degree, but the statute establishes it none the less. In this case the proof goes no further than to show that it might.

The defendant may take a decree, but, under all the circumstances, without costs.

---

## SUMNER v. PARR.

(Circuit Court of Appeals, Second Circuit.   November 10, 1920.)

No. 7.

Appeal from the District Court of the United States for the Southern District of New York.

Suit by Malcolm Sumner, as trustee in bankruptcy, etc., against Benjamin Parr. Decree for defendant, and plaintiff appeals. Affirmed.

Yankauer & Davidson, of New York City (M. J. Holley, of New York City, of counsel), for appellant.

Goetz & Jacoby, of New York City (I. Goetz, of New York City, of counsel), for appellee.

Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Decree affirmed.

---

## CHIPMAN CHEMICAL ENGINEERING CO., Inc., v. READE MFG. CO.

(District Court, D. New Jersey.   December 31, 1920.)

Patents ⬅328—873,680, for spraying apparatus void for lack of novelty.
    The Pearse patent, No. 873,680, for spraying apparatus, *held* void for lack of novelty.

In Equity. Suit by the Chipman Chemical Engineering Company, Incorporated, against the Reade Manufacturing Company. Decree for defendant.

Paul Q. Oliver, of Westfield, N. J., and Edward S. Beach, of New York City, for plaintiff.

Lewis J. Doolittle, of New York City, for defendant.

BODINE, District Judge. This suit, by stipulation, comes before the court upon final hearing upon bill, answer, and affidavits. The plaintiff claims the infringement of the fifth and eighth claims of United States patent No. 873,680, dated December 10, 1907, which read as follows:

5. "The combination with a tank, and discharge devices connected therewith, of means for establishing pressure in the tank whereby the discharge therefrom may be regulated independently of the liquid contents of the tank, substantially as set forth."

---

⬅For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes